**APPEARANCE SHEET**
**FOR THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

**UNITED STATES OF AMERICA**

**CASE NO.: 1:25cr00049**

**v.**

**DATE: 09/09/2026**

**KENNETH BROWN**

**TYPE OF HEARING: BOND HEARING**

**********************************************************************************************

**PARTIES:**

| | | | |
|---|---|---|---|
| 1. | Pamela Meade Sargent | 6. | |
| 2. | Carrie Macon | 7. | |
| 3. | Aaron Houchens | 8. | |
| 4. | Kenneth Brown | 9. | |
| 5. | Brooke Rhymer, USPO | 10. | |

**********************************************************************************************

**Recorded by:** Robin Bordwine, FTR **Time in Court:** 10:31 – 10:38

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 10:32 | 1 | | | | | | | | |
| 10:33 | 1,3,5 | | | | | | | | |
| 10:34 | 1,3,2 | | | | | | | | |
| 10:35 | 1,3 | | | | | | | | |
| 10:36 | 3,1,5 | | | | | | | | |
| 10:37 | 1,3 | | | | | | | | |
| 10:38 | 1,3,2 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |